**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
                              :
v.                            :     No.3:02CR00061(AWT)
                              :
ANGELO BERMUDEZ               :
                              :
------------------------------x
```

**NOTICE TO COUNSEL**

The defendant has forwarded the attached letter dated February 6, 2006 to chambers. The defendant also enclosed a copy of the judgment, sentencing transcript pages 22 to 25, and a Bureau of Prisons document.

The court notes for the benefit of the defendant that it does not have jurisdiction in this case over the Bureau of Prisons. The defendant may wish to seek assistance from his attorney regarding how to handle the issue that concerns him.

The Clerk shall forward a copy of this notice to the defendant, Angel Bermudez, 05A0066, at Oneida Correctional Facility, P.O. Box 4580, Rome, New York 13442.

It is so ordered.

Dated this 10th day of March, 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson

Alvin W. Thompson
United States District Judge