**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
UNITED STATES OF AMERICA       :
                               :
                               :
v.                             :     No.3:02CR00061(AWT)
                               :
ANGELO BERMUDEZ                :
                               :
-------------------------------x
```

**CORRECTION TO JUDGMENT**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on July 19, 2004 be corrected by replacing the sentence "The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of 48 months, with credit for time served" with:

> The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of 37 months.

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court on July 19, 2004 in all other respects remains the same. A copy of the original judgment is attached hereto.

It is so ordered.

Dated this 14th day of June 2007, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge