| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:02CR00061(AWT) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 02 CRIM 873 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Angelo Bermudez | CONNECTICUT | HARTFORD |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Alvin W. Thompson, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/2007 | TO 06/2010 |

OFFENSE

Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1).

*Judge McMahon*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 20, 2007
Date

The Honorable Alvin W. Thompson
United States District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTHERN DISTRICT NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

DOUGLAS E. EATON
UNITED STATES ____ JUDGE

# MEMORANDUM

**To:** Clerk, U.S. District Court

**From:** Ray Lopez
Senior U.S. Probation Officer

**Subject:** BERMUDEZ, ANGELO
3:02CR00061(AWT)

**Date:** January 4, 2008

Attached is the Probation Form-22 accepting jurisdiction from the Southern District of New York. The case has been assigned to the Honorable Judge Colleen McMahon under SD/NY Dkt. No. 07 CRIM 873.

RL/mm

(Attach.)